NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIELDMARK, INC.,**
*Plaintiff-Appellant,*

**v.**

**INSITE SOLUTIONS, LLC,**
*Defendant-Appellee.*

---

2014-1175, -1177

---

Appeals from the United States District Court for the Northern District of Ohio in Nos. 1:12-cv-00223-DCN and 1:13-cv-00572-DCN, Judge Donald C. Nugent.

---

**JUDGMENT**

---

W. SCOTT HARDERS, Brennan, Manna & Diamond, LLC, of Akron, Ohio, argued for plaintiff-appellant. With him on the brief was MARTIN J. PANGRACE. Of counsel on the brief was MARK B. COHN, Dubyak Connick Thompson & Bloom, LLC, of Cleveland, Ohio.

RAY L. WEBER, Renner, Kenner, Greive, Bobak, Taylor, & Weber, of Akron, Ohio, argued for defendant-appellee. With him on the brief was LAURA J. GENTILCORE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, BRYSON, and TARANTO,
*Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT


| October 14, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |